Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
(310) 388-5624 Fax
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Rick Sloane

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK SLOANE<br><br>          Plaintiff,<br><br>    vs.<br><br>KARMA ENTERPRISES, INC., a California Corporation; ENTERTAINMENT 7, a business entity, form unknown, EMILIO FERRARI aka AMAD BEDI, an individual,<br><br>          Defendants. | Case No.: CV 08-05094 MMM (VBKx)<br><br>[~~PROPOSED~~] ORDER RE PRELIMINARY INJUNCTION<br><br>DATE: November 3, 2008<br>TIME: 10:00<br>COURTROOM: 780 |

TO ALL PARTIES HEREIN:

Plaintiff Rick Sloane (hereinafter referred to as "SLOANE"), has moved for a preliminary injunction under the Copyright Act (17 USC §101 et seq.) on the basis that defendants KARMA ENTERPRISES, INC., ENTERTAINMENT 7, Inc., and EMILIO FERRARI aka AMAD BEDI, are distributing, licensing or

Page 1

Order re Preliminary Injunction

selling unauthorized versions of Sloane's copyrighted movies.  The Court having reviewed and considered the complaint, pleadings, affidavits and arguments submitted by the parties, made findings of fact and conclusions of law set forth in a separate order filed concurrently herewith.  In summary, the court found that:

     A. Sloane is likely to succeed in showing that defendants have infringed Sloane's copyrights by offering for sale, licensing and distributing Sloane's copyrighted movies without Sloane's permission.  The movies at issue are:

    a.  *Vice Academy: Part 3* – Reg. No. PAu 1544006 (Registered 1991)

    b.  *Vice Academy: Part 4* – Reg. No. PAu 1894303 (Registered 1994)

    c.  *Vice Academy: Part 5* – Reg. No. PAu 2134087 (Registered 1996)

    d.  *Vice Academy: Part 6* – Reg. No. PAu 2343334 (Registered 1998)

    e.  *Mind, Body & Soul* – Reg. No. PAu 1615898 (Registered 1992)

    f.  *Hobgoblins* – Reg. No. PAu 1118779 (Registered 1988)

    g.  *Blood Theater* – Reg. No. PAu 1053302 (Registered 1987)

    h.  *Babe Watch: Forbidden Parody* (aka *Bikini Academy*) –

      Reg. No. 2134088 (Registered 1996).

These movies are referred to herein as the "Sloane Motion Pictures."

     B.  The sale, licensing and/or distribution of Sloane's Motion Pictures is likely to result in immediate and irreparable injury to Sloane if injunctive relief is

not granted;

C. The harm to Sloane resulting from denying the injunction outweighs the harm, if any, to the legitimate interests of defendants resulting from issuance of the injunction set forth below;

D. The court is empowered under 17 U.S.C. §502 of the Copyright Act to "grant temporary and final injunctions on such terms as it may deem reasonable to prevent or restrain infringement of a copyright."

THEREFORE, IT IS ORDERED that KARMA ENTERPRISES, INC., ENTERTAINMENT 7, Inc., and EMILIO FERRARI aka AMAD BEDI, and each of them, their respective business premises wherever located, their respective proprietors, shareholders, officers, directors, employees, agents, and attorneys, and all persons or entities acting in concert or participation with them, who receive actual notice of this Order, shall be and are hereby restrained and enjoined, starting from the time of notice of this Order, until the conclusion of this action, from:

i) Directly or indirectly infringing the copyrights of Sloane in any manner and from causing, contributing to, or participating in the unauthorized duplication or distribution of the Sloane Motion Pictures and offering for rent or sale, selling or distributing to the public any unauthorized copies of the Sloane Motion Pictures

ii) Shipping, delivering, holding for sale, distributing, returning, transferring,

or otherwise moving or disposing of in any manner videotapes, DVDs, or other infringing items containing the Sloane Motion Pictures, or any reproduction, counterfeit, copy, or colorable imitation of the same, and;

    iii) Removing, destroying, or otherwise disposing of any manufacturing, packaging, or duplicating or decoding apparatus and business records or documents relating in any way to the manufacture, duplication, acquisition, importation, purchase, distribution, renting, or sale of videotapes, DVDs, or other articles or goods embodying unauthorized versions of the Sloane Motion Pictures.

    iv) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iii); and

    v) requiring defendants to deliver within 2 days to Sloane's counsel of record any and all DVDs, videotapes, video masters or other copies of the Sloane Motion Pictures as well as any and all advertising, trailers, slides, artwork, flyers, posters, sample copies, dialogue lists and other promotional material related to the Sloane copyrighted movies, which are in their possession, custody, or control.

Date: <u>November 3, 2008</u>

                                                *Margaret M. Morrow*
                                         Judge of the U.S. District Court
                                         for the Central District of California