JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK SLOANE,<br><br>Plaintiff,<br><br>v.<br><br>KARMA ENTERPRISES, INC., *et. al.*,<br><br>Defendants. | CASE NO.: CV 08-05094 MMM (VBKx)<br><br>[~~Proposed~~]<br>**ORDER GRANTING STIPULATION OF SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE**<br><br>Date: N/A<br>Time: N/A<br>Court: 780<br>Judge: Honorable Margaret M. Morrow |

Plaintiff Rick Sloane and Defendants Karma Enterprises, Inc., Entertainment 7 Group formerly known as Entertainment 7 and Emilio Ferrari, through their respective counsel, jointly request approval by this Court of the proposed settlement of this Action pursuant to the May 6, 2009 confidential Settlement Agreement of the parties and pursuant to the Stipulation of the Parties

filed concurrently herewith and incorporated herein by reference, for the purpose of settling the disputes between them and avoiding further litigation.

Accordingly,

IT IS HEREBY ORDERED that the Settlement Agreement be and hereby is approved.

IT IS FURTHER ORDERED that the obligations set forth in the Settlement Agreement shall be performed in accordance with the terms of the Settlement Agreement.

IT IS FURTHER ORDERED that the obligations set forth in the Stipulation of the Parties shall be performed in accordance with the terms of the Stipulation of the Parties.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction for purposes of enforcing the terms of the Settlement Agreement and the terms of the Stipulation of the Parties.

IT IS FURTHER ORDERED that each party is to bear its own costs and attorney's fees as provided in the Settlement Agreement and in the Stipulation of the Parties.

|   |   |
|---|---|
| 1 | IT IS FURTHER ORDERED and each party agrees that this Action be and |
| 2 3 | hereby is dismissed with prejudice. |
| 4 | IT IS SO ORDERED. |

Date: June 19,2 009          By: _____
                                  Hon. Margaret M. Morrow
                                  United States District Judge